UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. TORRENCE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　Respondent. | Case No. 19-cv-05214-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 6 |

Respondent has filed a request for an extension of the deadline to file his response to the petition for writ of habeas corpus. Upon due consideration of the request and accompanying declaration of attorney David Rose, the request is GRANTED. Docket No. 6. Respondent must file and serve his answer no later than **December 27, 2019.** Petitioner must file and serve his traverse no later than **January 24, 2020**.

**IT IS SO ORDERED**.

Dated: November 12, 2019

_____
SUSAN ILLSTON
United States District Judge