United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. TORRENCE,<br>　　　　Petitioner,<br>　　v.<br>ROBERT NEUSCHMID,<br>　　　　Respondent. | Case No. 19-cv-05214-SI<br><br>**ORDER DETERMINING CASES ARE NOT RELATED**<br>Re: Dkt. No. 13 |

Respondent has filed a motion to relate *Denard v. Robertson*, No. 19-cv-5474 WHA, to this case. Upon due consideration, the court finds that the cases are NOT RELATED within the meaning of Local Rule 3-12(a) because it does not "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N. D. Cal. L. R. 3-12(a)(2). Although the two cases are habeas cases stemming from the petitioners' joint criminal trial in state court, the petitioners present different legal claims and the petitions are at different phases in their federal court lives. The *Torrence* case will soon be ready for resolution, as an answer is due next week and the traverse is due in five weeks; by contrast, the amended petition in the *Denard* case has yet to be reviewed and respondent intends to file a procedural challenge to that amended petition, *see* Docket No. 13 at 2 n.1. The duplication of litigation efforts identified by respondent (i.e., lodging two copies of the state court record) is simply not enough to show an unduly burdensome duplication of labor and expense. The motion to relate the cases is DENIED. Docket No. 13.

**IT IS SO ORDERED**.

Dated: February 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge