UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. TORRENCE,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 19-cv-05214-SI<br><br>**ORDER EXTENDING DEADLINE**<br><br>Re: Dkt. No. 21 |

Petitioner's request for an extension of the deadline to file his traverse is GRANTED. Docket No. 21. Petitioner must file his traverse no later than **May 1, 2020**.

Petitioner is now informed that a traverse is permitted but is not required. *See* Rule 5(e) of the Rules Governing Section 2254 Cases In The United States District Courts. In other words, the Court will not draw any adverse inference from the mere failure to file a traverse.

**IT IS SO ORDERED**.

Dated: March 20, 2020

_____
SUSAN ILLSTON
United States District Judge