UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE A. TORRENCE,

    Petitioner,

  v.

ROBERT NEUSCHMID,

    Respondent.

Case No. 19-cv-05214-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 29, 2020

_____
SUSAN ILLSTON
United States District Judge