United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE TORRENCE,

          Petitioner,

   v.

ROBERT NEUSCHMID,

          Respondent.

Case No. 19-cv-05214-SI

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Re: Dkt. No. 25

Petitioner's application to proceed *in forma pauperis* on appeal is GRANTED. Docket No. 25.

**IT IS SO ORDERED**.

Dated:  September 21, 2020

SUSAN ILLSTON
United States District Judge